# United States District Court
# For The Western District of North Carolina
# Asheville Division

DAMEION CLEGG,

       Petitioner,                          JUDGMENT IN A CIVIL CASE

vs.                                        1:11-cv-163-RJC

CUSTODY,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 06/25/2012 Order.

                                                  Signed: June 25, 2012

                                                 Frank G. Johns, Clerk
                                                 United States District Court